■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK DUDLEY, Appellant, v DAVID UNGER, Superintendent, Orleans Correctional Facility, Respondent. [869 NYS2d 807]—

Memorandum: Petitioner commenced this proceeding seeking a writ of habeas corpus on the ground that he is entitled to mandatory release to parole supervision pursuant to Executive Law § 259-h. We reject petitioner's contention that Supreme Court erred in dismissing the petition. That statute provides only that petitioner would "become *eligible* for release on parole after service of a minimum period of imprisonment of twenty years" (Executive Law § 259-h [1] [emphasis added]). Thus, habeas corpus relief does not lie because petitioner is not entitled to immediate release to parole supervision pursuant to Executive Law § 259-h (*see People ex rel. Gloss v Costello*, 309 AD2d 1160 [2003], *lv denied* 1 NY3d 504 [2003]; *People ex rel. Beam v Hodges*, 286 AD2d 936, 937 [2001]). Present—Martoche, J.P., Smith, Centra, Green and Pine, JJ.